IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-35803–H2-13 |
| | § | |
| EINACIO OLIVO | § | CHAPTER 13 |
| GREGORIO OLIVO | § | |
| | § | |
| DEBTORS | § | |

ORDER ON TRUSTEE'S MOTION TO REFORM ORDER CONFIRMING
CHAPTER 13 PLAN & VALUING COLLATERAL AT DOC. NO. 45

**CAME ON FOR CONSIDERATION** the Trustee's Motion to Reform Order Confirming Chapter 13 Plan and Valuing Collateral (Doc. No. 45), and appearing that good grounds exist, it is hereby **GRANTED**. Therefore, it is

**ORDERED** that the Order Confirming Chapter 13 Plan and Valuing Collateral (Doc. No. 45), entered on February 15, 2017, is reformed to contain the following language:

> In addition to the monthly payments called for under the plan, the Debtor(s) shall contribute all non-exempt proceeds from the cause(s) of action described on Schedule B into the Chapter 13 plan for distribution to the unsecured creditors.

Date: _____

_____
DAVID JONES
UNITED STATES BANKRUPTCY JUDGE